```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


   COMCAST OF MASSACHUSETTS III, INC.
         Plaintiffs
                                        CIVIL ACTION NO.
         V.                              05-11629-WGY

   PATRICK BARBERI
         Defendant
```

                              ORDER OF RECUSAL


YOUNG, C.J.                                          AUGUST 8, 2005

   The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                              WILLIAM G. YOUNG
                              UNITED STATES DISTRICT JUDGE


                              By the Court,


                              /s/ Marie Bell
                                    Deputy Clerk




To: All Counsel