⚖AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts, III, Inc.

V.

Patrick Barberi

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11629 WGY

TO: (Name and address of Defendant)

Patrick Barberi
161 North Street
Lexington, MA 02420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_/s/_ 

(By) DEPUTY CLERK

DATE: AUG 05 2005

≈AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

            _____
            Address of Server



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

August 16, 2005

I hereby certify and return that on 8/15/2005 at 11:16AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORP DISCLOSURE STATEMENT, in this action in the following manner: To wit, by leaving at the last and usual place of abode of PATRICK BARBERI, , 101 NORHT STREET LEXINGTON, MA and by mailing 1st class to the above address on 8/15/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($3.00), Travel ($7.68) Total Charges $43.68

*Deputy Sheriff*