UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05-CV-11629-MLW

| | |
|---|---|
| Comcast of Massachusetts III, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| Patrick Barberi ) | |
| ) | |
| Defendant. ) | |

Please enter my appearance for the Defendant Patrick Barberi in the above entitled matter.

_____
Susan R. Byrd, Esq.
Ayers & Byrd
21 West Water Street
Wakefield, MA 01880
(781) 246-3400
BBO# 555753

Certificate of Service

I herby certify that a copy of the above document was served upon the attorney of record for each other party by mail on September 13, 2005.