UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05-CV-11629 - MLW

| | |
|---|---|
| Comcast of Massachusetts III, Inc., )<br>)<br>Plaintiff,            )<br>)<br>v.                         )<br>)<br>Patrick Barberi                )<br>)<br>Defendant.          )<br>_____) | **ASSENTED TO MOTION TO EXTEND TIME TO FILE ANSWER TO THE COMPLAINT** |

The Defendant Patrick Barberi ("Plaintiff"), with the assent of Plaintiff, Comcast of Massachusetts, III, Inc. ("Defendant"), moves this Honorable Court to extend the time in which the Plaintiff must file his answer and affirmative defenses to the Complaint to September 30, 2005. In support, Plaintiff states that his attorney is engaged in a jury trial in the Worcester Superior Court.

                                                            DEFENDANT
                                                            Patrick Barberi
                                                            By his attorney

Certificate of Service
I hereby certify that a copy of the above document was
served upon the attorney of record for each other
party by mail on September 13, 2005.

                                                            Susan R. Byrd, Esq.
                                                            Ayers & Byrd
                                                            21 West Water Street
                                                            Wakefield, MA 01880
                                                            (781) 246-3400
                                                            BBO# 555753

---

**Certification pursuant to L.R.D. Mass.7.1 (A) (2)**

Plaintiff's counsel certifies that he has conferred with counsel for the Defendant and Defendant fully assents to this motion.