UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts III, Inc. | Case No.: 1:05-cv-11629-MLW |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| Patrick Barberi<br>Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

_____
Date

_____
John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

|  |  |
|---|---|
|  | Respectfully Submitted for the Defendant,<br>Patrick Barberi<br>By his attorney, |
| _3/20/06_<br>Date | _____<br>Caroll E. Ayers<br>Ayers & Byrd<br>21 West Water Street<br>Wakefield, MA 01880<br>Telephone: (781) 246-3400 |